| Case No.: | 21-00459 | | | Trustee Name: | John C. McLemore |
| --- | --- | --- | --- | --- | --- |
| Case Name: | OLYMPUS DEVELOPMENT GROUP, LLC | | | Date Filed (f) or Converted (c): | 04/22/2022 (c) |
| For the Period Ending: | 09/30/2022 | | | §341(a) Meeting Date: | 05/23/2022 |
| | | | | Claims Bar Date: | 08/01/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Funds turned over from William Timothy Stone Sub V Trustee (u) | $492,732.19 | $492,732.19 | | $492,732.19 | FA |
| Asset Notes: | This reflects the account balance for the final MOR submitted in the Chapter 11. Funds turned over per 4/21/2022 Agreed Order (Dkt. No. 135) converting case to Chapter 7. | | | | | |
| 2 | Nashville Electric Service Refund (u) | $0.00 | $161.76 | | $161.76 | FA |

**TOTALS (Excluding unknown value)**                                                         **Gross Value of Remaining Assets**

          $492,732.19           $492,893.95           $492,893.95           $0.00

**Major Activities affecting case closing:**

| | |
| --- | --- |
| 10/25/2022 | TRUSTEE IS REVIEWING CLAIMS TO DETERMINE IF ANY OBJECTIONS NEED TO BE FILED, THEN THIS CASE CAN BE CLOSED. |
| 09/30/2022 | Phillip Young sent email to Mr. Goldstein re: Claims 12 and 14. |
| 09/29/2022 | Inquiry sent to Roger Maness asking for proof $163K was loaned to Olympus RESPONSE: See below attachment as evidence that my client advanced the money that serves as basis for his claim. |
| 09/28/2022 | Inquiry sent to John Maher who represents Stephen Yun asking for proof $35K was loaned to Olympus re: Claim No. 10. |
| 09/28/2022 | Inquiry sent to Jacob VanAusdall asking for proof $123,658.86 was loaned to Olympus RESPONSE: Jacob VanAusdall no longer at Cole Law Group. New contact is Andy Goldstein. |
| 09/26/2022 | Received NES refund. |
| 09/13/2022 | Letter to NES re: refund. |
| 08/16/2022 | Phillip Young files Mt for C&S. |
| 06/20/2022 | Email to Phillip Young regarding transfer of title to Ford Fusion |
| 06/01/2022 | Subpoenas sent to Josephine Saffert via Ryan Cochran and Matthew Phillips via Roger Maness to testify at 341 on 6/30/22 at 2:00 p.m. |
| 05/18/2022 | Email about Olympus financial info sent to Phillip Young |
| 04/28/2022 | This email from Griffin Dunham to Trustee and Jeff Grasl led to the decision--no conversion schedules and Tim Stone will appear on behalf of Debtor at conversion 341. |
| 04/27/2022 | Request to Griffin Dunham for conversion schedules |
| 04/25/2022 | Email to Pinnacle Bank. |

| Initial Projected Date Of Final Report (TFR): | 01/31/2023 | Current Projected Date Of Final Report (TFR): | 01/31/2023 | /s/ JOHN C. MCLEMORE |
| --- | --- | --- | --- | --- |
| | | | | JOHN C. MCLEMORE |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| Case No. | 21-00459 | Trustee Name: | John C. McLemore |
|---|---|---|---|
| Case Name: | OLYMPUS DEVELOPMENT GROUP, LLC | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***4480 | Checking Acct #: | ******0243 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/01/2021 | Blanket bond (per case limit): | $720,000.00 |
| For Period Ending: | 09/30/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/02/2022 | (1) | William Timothy Stone Sub V Trustee | Funds turned over per conversion to Chapter 7 | 1290-000 | $492,732.19 | | $492,732.19 |
| 05/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $732.39 | $491,999.80 |
| 06/06/2022 | 3001 | Thompson Burton PLLC | Ch 11 Atty Fee and Exp per 5/19/22 Order (Dkt. No. 149) | * | | $20,578.40 | $471,421.40 |
| | | | Thompson Burton PLLC - Ch 11 Attorney Fee  ($20,102.50) | 6210-000 | | | $471,421.40 |
| | | | Thompson Burton PLLC - Ch 11 Attorney Expense  ($475.90) | 6710-000 | | | $471,421.40 |
| 06/06/2022 | 3002 | Newpoint Advisors Corporation | Ch 11 Trustee Fee and Exp per 5/19/22 Order (Dkt. No. 150) | * | | $41,392.23 | $430,029.17 |
| | | | Newpoint Advisors Corporation - Ch 11 Trustee Fee  ($40,739.50) | 6101-000 | | | $430,029.17 |
| | | | Newpoint Advisors Corporation - Ch 11 Trustee Expenses  ($652.73) | 6102-000 | | | $430,029.17 |
| 06/29/2022 | 3003 | U.S. Bankruptcy Court Clerk | Motion to Sell Filing Fee (Dkt. No. 67) Motion for Relief Fee (Dkt. No. 69) | 2700-000 | | $376.00 | $429,653.17 |
| 06/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $639.34 | $429,013.83 |
| 07/29/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $637.79 | $428,376.04 |
| 08/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $636.73 | $427,739.31 |
| 09/26/2022 | (2) | Nashville Electric Service | Refund | 1290-000 | $161.76 | | $427,901.07 |
| 09/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $615.31 | $427,285.76 |
| | | | | SUBTOTALS | $492,893.95 | $65,608.19 | |

Case 3:21-bk-00459  Doc 184  Filed 10/25/22  Entered 10/25/22 10:57:31  Desc Main Document    Page 2 of 4

| | | |
|---|---|---|
| **Case No.** 21-00459 | **Trustee Name:** | John C. McLemore |
| **Case Name:** OLYMPUS DEVELOPMENT GROUP, LLC | **Bank Name:** | Pinnacle Bank |
| **Primary Taxpayer ID #:** **-***4480 | **Checking Acct #:** | ******0243 |
| **Co-Debtor Taxpayer ID #:** | **Account Title:** | |
| **For Period Beginning:** 10/01/2021 | **Blanket bond (per case limit):** | $720,000.00 |
| **For Period Ending:** 09/30/2022 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | **TOTALS:** | | $492,893.95 | $65,608.19 | $427,285.76 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $492,893.95 | $65,608.19 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $492,893.95 | $65,608.19 | |

| For the period of 10/01/2021 to 09/30/2022 | | For the entire history of the account between 04/25/2022 to 9/30/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $492,893.95 | Total Compensable Receipts: | $492,893.95 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $492,893.95 | Total Comp/Non Comp Receipts: | $492,893.95 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $65,608.19 | Total Compensable Disbursements: | $65,608.19 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $65,608.19 | Total Comp/Non Comp Disbursements: | $65,608.19 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | | |
|---|---|---|---|---|
| Case No. | 21-00459 | | Trustee Name: | John C. McLemore |
| Case Name: | OLYMPUS DEVELOPMENT GROUP, LLC | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***4480 | | Checking Acct #: | ******0243 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/01/2021 | | Blanket bond (per case limit): | $720,000.00 |
| For Period Ending: | 09/30/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $492,893.95 | $65,608.19 | $427,285.76 |

| For the period of 10/01/2021 to 09/30/2022 | | For the entire history of the account between 04/25/2022 to 9/30/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $492,893.95 | Total Compensable Receipts: | $492,893.95 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $492,893.95 | Total Comp/Non Comp Receipts: | $492,893.95 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $65,608.19 | Total Compensable Disbursements: | $65,608.19 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $65,608.19 | Total Comp/Non Comp Disbursements: | $65,608.19 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ JOHN C. MCLEMORE

JOHN C. MCLEMORE